1  DENNIS RAGLIN (BAR NO.179261)
   DENNIS.RAGLIN@SEDGWICKLAW.COM
2  EMILY WEISSENBERGER (BAR NO.248898)
   EMILY.WEISSENBERGER@SEDGWICKLAW.COM
3  SEDGWICK LLP
   333 Bush Street, 30th Floor
4  San Francisco, CA  94104-2834
   Telephone:    415.781.7900
5  Facsimile:    415.781.2635

6  Attorneys for Defendant
   INVACARE CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                           FRESNO DIVISION

11

12 | DOMINIQUE HOUSE,                          | Case No. 1:15-cv-00153-SAB
13 |                   Plaintiff,              |
   |                                           | **ORDER DISMISSING THIS MATTER
14 |     v.                                    | WITH PREJUDICE**
15 | INVACARE CORPORATION, and Does 1          |
   | through 20 inclusive, ,                   |
16 |                                           |
   |                   Defendant.              |
17

18                **ORDER OF DISMISSAL WITH PREJUDICE**

19     Pursuant to the Joint Stipulation of Dismissal with Prejudice of Plaintiff DOMINQUE

20 HOUSE and Defendant INVACARE CORPORATION to dismiss any and all claims between or

21 among them, with prejudice.  Upon consideration of the Joint Stipulation, the Court is of the

22 opinion that said Joint Stipulation should be, and hereby is, GRANTED in all respects.

23     IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that: any and all claims

24 of Plaintiff against Defendant are dismissed, with prejudice.

25 ///

26 ///

27

28

82708589v1

1  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all court costs be
2  taxed against the party incurring same.  Any relief not expressly granted herein is DENIED.
3
4
   IT IS SO ORDERED.
5
   Dated:   **January 12, 2016**
6  _____
   UNITED STATES MAGISTRATE JUDGE
7